IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN HASTINGS                                                                           PLAINTIFF

v.                                   Case No. 1:21-cv-1020

SHERIFF DAVID NORWOOD, *et al*.                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 12, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that Plaintiff's first and second claims be dismissed without prejudice for failure to state a claim. Additionally, Judge Bryant recommends that the third claim be severed from this action and transferred to the Eastern District of Arkansas.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Plaintiff's first and second claims are **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Court finds that Plaintiff's third claim should be transferred to the United States District Court for the Eastern District of Arkansas. The Court directs the clerk to transfer this case immediately.

**IT IS SO ORDERED**, this 19th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge