IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                          PLAINTIFF

v.                          No. 3:21-cv-169-DPM

ROY AGEE, Act 309 Coordinator,
Classification Director, Arkansas
Division of Correction; ANGELA WEST,
Mail Room Coordinator, Pine Bluff Unit;
VICKEY HAYCOX; HEATHER
BRIDGES; and JANICE MINOR                                            DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation. Doc. 16. Hastings's remaining claim will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2021