IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                             PLAINTIFF

v.                         No. 3:21-cv-169-DPM

DAVID NORWOOD, Sheriff, Ouachita
County; CAMERON OWENS, Ouachita
County Jail Administrator; ROY AGEE,
Act 309 Coordinator, Classification
Director, Arkansas Division of Correction;
ANGELA WEST, Mail Room Coordinator,
Pine Bluff Unit; ERNEST N. JOHNSON,
Lieutenant, North Central Unit, ADC;
BRIENNA COWGILL, Classification,
North Central Unit, ADC; MARJORIE
HALL, Wellpath; SHAWN RICHARD,
Doctor, Wellpath; STE RICLLETS,
Warden, North Central Unit, ADC;
NEVADA COUNTY, ARKANSAS;
VICKEY HAYCOX; HEATHER
BRIDGES; and JANICE MINOR                                               DEFENDANTS

JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2021